Form ntdeflt

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re: Premier Bank Holding Company     Bankruptcy Case No.: 12–40550–KKS

---

Mary W Colon, Trustee of Premier Bank Holding Company     Adversary Case No.: 15–04012–KKS
Plaintiff(s)

vs

William Reid Penuel et al.
Defendant(s)

---

### *ENTRY OF DEFAULT*

   It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

> William Reid Penuel

   Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: December 7, 2015            FOR THE COURT
                                                     Traci E. Abrams, Clerk of Court
                                                     110 E. Park Ave., Ste. 100
                                                     Tallahassee, FL 32301

Service by the Court to:
  All parties in interest